# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND <u>PRODUCTS LIABILITY LITIGATION</u> | **Master Docket No. M:05-CV-01699-CRB** <br><br> **MDL Docket No. 1699** |
| **THIS RELATES TO:** <br> **MDL Case No.  05-1699** <br> **Civil Action No.: 3:06-cv-00938** | Plaintiff: ___Kathleen D. Drake and Ranell Drake___ <br> (name) |

## ORDER RE: MOTION TO WITHDRAW

On this _27th_ day of _  March ____, 2007, the Motion to Withdraw filed by Plaintiffs'

attorney, Kimberly K. Hardeman, came before the undersigned.  Upon review of the file, the

Court notes that Plaintiff will henceforth be represented by Attorney Larry D. Helvey of Moyer

& Bergman, P.L.C. and finds that said motion should be granted.

IT IS THEREFORE ORDERED that said motion is hereby GRANTED.  Kimberly K.

Hardeman is given leave to withdraw as counsel for Plaintiffs.



HON. CHARLES R. BREYER