Attorneys for Plaintiffs Kathleen D. Drake and Ranell Drake
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, IA 52403
(319) 362-0421

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Case Specific No.: 3:06-cv-00938<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Kathleen D. Drake and Ranell Drake,<br><br>            Plaintiffs,<br><br>vs.<br><br>Pfizer Inc, et al.,<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Kathleen D. Drake and Ranell Drake and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 6, 2009     By: *Larry Helvey* (signature)
Larry Helvey Law Firm
2735 First Ave. SE, Suite 101, Cedar Rapids, Iowa 52403
(319) 362-0421
Attorneys for Plaintiffs, Kathleen D. Drake and Ranell Drake

-7-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Aug 18, 2009      By: /s/ [signature]

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 8 2009

Hon. Charles R. Breyer
United States District Court

-8-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**